# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSME PRESAS,<br><br>        Plaintiff,<br><br>  v.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, et al.,<br><br>        Defendants.<br>_____/ | Case No. 1:14-cv-01740---SKO<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE $400 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 30 DAYS OF SERVICE OF THIS ORDER** |

    Plaintiff Cosme Presas ("Plaintiff") is currently incarcerated at the Lerdo Pre-Trial Facility in Kern County and is proceeding pro se in an action he filed on November 7, 2014.  Plaintiff has not paid the $400.00 filing fee, nor has he submitted an application to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915.

    Accordingly, IT IS HEREBY ORDERED that:

    **Within thirty (30) days of the date of service of this order**, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or, in the alternative, he shall pay the $400.00 filing fee for this action.  No requests for extension will be granted without a showing of good cause.  If Plaintiff elects to submit the application to proceed in forma pauperis, within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his trust statement for the six-month period immediately preceding the filing of the complaint.

1    Failure to comply with this order will result in a recommendation that this action be
2 dismissed.

IT IS SO ORDERED.

Dated:    **November 10, 2014**                    **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE