# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSME PRESAS,<br><br>    Plaintiff,<br><br>  v.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:14-cv-01740---SKO<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S NOVEMBER 20, 2014, MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 5) |

    Plaintiff motioned the Court to proceed *in forma pauperis* for a second time on November 20, 2014. (Doc. 5.) Plaintiff's first motion, filed on November 13, 2014 (Doc. 3), was granted on November 18, 2014 (Doc. 4.) Plaintiff new motion to proceed *in forma pauperis* is therefore DENIED as moot.

IT IS SO ORDERED.

    Dated:  **January 7, 2015**              **/s/ Sheila K. Oberto**
                                                             UNITED STATES MAGISTRATE JUDGE