1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

COSME PRESAS,

        Plaintiff,

    v.

WATCHTOWER BIBLE AND TRACT
SOCIETY OF NEW YORK, et al.,

        Defendants.

_____/

CASE NO. 1:14-cv-01740---SKO

**ORDER DENYING AS PREMATURE
PLAINTIFF'S MOTION TO AMEND THE
COMPLAINT AND ACCEPTING
PLAINTIFF'S FIRST AMENDED
COMPLAINT AS FILED**

(Doc. 8)

      On November 7, 2014, Plaintiff Cosme Presas ("Plaintiff"), a state prisoner proceeding pro se and *in forma pauperis*, filed this action against Defendants Watchtower Bible and Tract Society ("the Society"), Olivia Moreno, Wayne Frazee, and several Doe defendants   (collectively "Defendants").  (Doc. 1.)

      On January 5, 2015, Plaintiff filed a motion to amend the complaint and concurrently filed a First Amended Complaint.  Fed. R. Civ. P. 15(a).  As no defendant has yet been served, Plaintiff is entitled to file a first amended complaint as a matter of right.  Therefore, Plaintiff may file a first amended complaint without leave of court and his motion shall be denied as premature.  *Id.*

      After this first amendment, however, Plaintiff may amend his pleading only with the opposing parties' written consent or with the court's leave.  *Id.*  The factors commonly considered

1    to determine the propriety of a motion for leave to amend are: (1) bad faith, (2) undue delay, (3)

2    prejudice to the opposing party, and (4) futility of amendment. *Foman v. Davis*, 371 U.S. 178, 182

3    (1962); *AmerisourceBergen Corp. v. Dialysis West, Inc.*, 465 F.3d 946, 951 (9th Cir. 2006).

4         The Court hereby accepts Plaintiff's First Amended Complaint and deems it filed as

5    Plaintiff's First Amended Complaint concurrently with this Order.

6                                   **CONCLUSION AND ORDER**

7         For the reasons set forth above, IT IS HEREBY ORDERED that:

8         1.    Plaintiff's motion to amend the complaint is DENIED as premature; and,

9         2.    Plaintiff's concurrently filed First Amended Complaint is accepted and deemed the

10               operative complaint.

11

12

13   IT IS SO ORDERED.

14   Dated:  **February 17, 2015**                    **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2