# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COSME PRESAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK; et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:14-cv-01740-LJO-SKO<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE A THIRD AMENDED COMPLAINT**<br><br>(Doc. 22) |

On April 10, 2015, Defendant filed a motion for a thirty-day extension of time to file his third amended complaint. (Doc. 22.) Plaintiff asserts that thirty days is an insufficient amount of time to properly research and draft his amended complaint, given the logistics of requesting and receiving legal materials at the facility where he is incarcerated. (Doc. 22.) This is Plaintiff's first request for an extension of time, and no defendant has yet been served.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's request for an extension of time is GRANTED; and
2. Plaintiff shall file his third amended complaint on or before June 3, 2015.

IT IS SO ORDERED.

Dated:　**April 13, 2015**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE