UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COSME PRESAS,**<br><br>           **Plaintiff,**<br><br>      v.<br><br>**WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK,**<br><br>           **Defendant.** | **1:14-cv-1740-LJO-SKO**<br><br>**ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL (DOC. 24)** |

On April 20, 2015, Plaintiff filed "a motion to dismiss complaint without prejudice." Doc. 24 at 1. Plaintiff requests that the Court issue an order dismissing the entire complaint without prejudice. *Id*. The Court construes the motion to be a notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i).

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), the Court DISMISSES without prejudice this entire action.

**IT IS SO ORDERED**
**Dated: April 22, 2015**

                              **/s/ Lawrence J. O'Neill**
                              **United States District Judge**